IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WYNN LAS VEGAS, LLC d/b/a WYNN LAS VEGAS, a Nevada Limited Liability Company, | 2:10-cv-00999-HDM-LRL |
| Plaintiff, | ORDER |
| vs. | |
| INTERNATIONAL BUSINESS MACHINES, *et al.*, | |
| Defendants. | |

The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

Dated this 28th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE