```
 1  PISANELLI BICE PLLC
    JAMES J. PISANELLI (NV Bar No. 4027)
 2  jjp@pisanellibice.com
    DEBRA L. SPINELLI (NV Bar No. 9695)
 3  3883 Howard Hughes Parkway, Suite 800
    Las Vegas, NV 89169
 4  Telephone: (702) 214-2100
    Facsimile: (702) 214-2101
 5
    TOWNSEND AND TOWNSEND AND CREW LLP
 6  TIMOTHY R. CAHN (CA Bar No. 162136)
    Pro Hac Vice Application Forthcoming
 7  trcahn@townsend.com
    MEGAN M. CHUNG (CA Bar No. 232044)
 8  mmchung@townsend.com
    Pro Hac Vice Application Forthcoming
 9  ROBERT D. TADLOCK (CA Bar No. 238479)
    rdtadlock@townsend.com
10  Pro Hac Vice Application Forthcoming
    Two Embarcadero Center Eighth Floor
11  San Francisco, CA 94111
    Telephone: (415) 576-0200
12  Facsimile: (415) 576-0300

13  Attorneys for Plaintiff
    WYNN LAS VEGAS, LLC d/b/a WYNN LAS VEGAS
14
                    UNITED STATES DISTRICT COURT
15
                         DISTRICT OF NEVADA
16
17
18  WYNN LAS VEGAS, LLC d/b/a WYNN      Case No. 2:10-CV-00999-RCJ-LRL
    LAS VEGAS, a Nevada Limited Liability
19  Company,                                          ORDER RE
                                        VOLUNTARY DISMISSAL WITHOUT
20              Plaintiff,              PREJUDICE.

21         v.

22  INTERNATIONAL BUSINESS
    MACHINES CORP., a New York
23  Corporation, and MRO SOFTWARE, INC., a
    Delaware Corporation,
24
                Defendants.
25
26
27
28
```



Filed stamp: JUL 21 2010

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Wynn Las Vegas, LLC d/b/a Wynn Las Vegas ("Wynn") and named Defendants International Business Machines Corp. and MRO Software, Inc. (jointly "IBM")[1] hereby jointly stipulate that Wynn will voluntarily dismiss all claims in the above-entitled action without prejudice against IBM subject to the following terms:

WHEREAS, the purpose of this stipulation is to maintain the status quo while the parties explore settlement discussions during a 120-day cooling off period;

WHEREAS, Wynn and IBM desire to encourage resolution of any claims or counterclaims arising out of or related to the purchase, implementation, or use of MAXIMO software (any version) by Wynn (the "Maximo Issue"), and wish to avoid the expense and uncertainty of litigation relating to any such claims if possible;

WHEREAS, Wynn and IBM desire that for the period of this Stipulation, the parties should be able to consider issues relating to the possibility of settling any disputes without regard to the time constraints that may exist because of any future expiration of any applicable statute of limitations;

WHEREAS each party will act in good faith to dedicate appropriate decision-making personnel to the negotiations;

NOW THEREFORE, the Parties stipulate as follows:

1. Wynn and IBM, their predecessors, successors, parents, subsidiaries, divisions, affiliates, assigns, agents, partners, directors, officers, employees, executors, heirs, representatives, shareholders, trustees, and administrators will not initiate any lawsuit, claim, counterclaim, or any other formal legal or administrative proceeding arising out of or related to the Maximo Issue in any court or tribunal against each other for 120 days plus the notice period identified in Paragraph 3 of this Stipulation.

---

[1] Named defendant MRO Software, Inc. was acquired by IBM in 2006 and no longer exists as an independent corporate entity and, thus, all references in the Stipulation to "IBM" or "International Business Machines Corp." are sufficient to include the entity previously known as "MRO Software, Inc."

1

2. If at the end of the 120 day cooling off period the dispute is not resolved, any claims or counterclaims arising out of or related to the Maximo Issue shall be filed in this Court.

3. Wynn will provide IBM at least 14 days notice prior to filing any claims arising out of or related to the Maximo Issue. To reflect the current status quo, IBM agrees to provide Wynn at least 21 days notice prior to filing any claims arising out of or related to the Maximo issue. Both parties agree that neither shall be entitled to give such notice before the end of the 120 day period, *i.e.*, the earliest Wynn may file any such claim is on the 135th day after the date of this Stipulation and the earliest IBM may file any such claim is on the 142nd day after the date of this Stipulation.

4. The statute of limitations on any and all claims, counterclaims, crossclaims, or defenses, in law or equity, available to any party as of the date of this Stipulation arising out of or related to the Maximo Issue is tolled for 142 days from the date of this stipulation. By filing this Stipulation, none of the parties is waiving or otherwise impairing by estoppel or any other means any right or ability to raise any claims or defenses available to it for the periods prior to date of this Stipulation and after 142 days but prior to initiating any legal action.

5. The parties agree that this Court retains jurisdiction for the purpose of enforcing or modifying this stipulation. Any dispute that a party has breached this stipulation shall be heard by this Court alone, and any party determined to be in breach of this stipulation shall be required to pay the attorney's fees and costs of the other party reasonably spent seeking to enforce this stipulation.

6. The individuals signing below warrant and represent they have the authority to sign this stipulation on behalf of the indicated parties.

DATED: July 16, 2010

PISANELLI BICE, PLLC

By: _____
James J. Pisanelli, Esq. (NV Bar No. 4027)
Debra L. Spinelli, Esq. (NV Bar No. 9695)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169

TOWNSEND AND TOWNSEND AND CREW LLP

Timothy R. Cahn, Esq. (CA Bar No. 162136)
Megan M. Chung (CA Bar No. 232044)
Robert D. Tadlock (CA Bar No. 238479)
Two Embarcadero Center Eighth Floor
San Francisco, CA 94111

Attorneys for Plaintiff
WYNN LAS VEGAS, LLC d/b/a WYNN LAS VEGAS

DATED: July 15, 2010

By: _____
R. Tulloss Delk
IBM Corporate Litigation
Senior Attorney
White Plains, NY

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES CORP.

**ORDER**

IT IS SO ORDERED.

DATED: 07/21/2010

_____
UNITED STATES DISTRICT JUDGE

62772756 v1

3